UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-04308-SK | Date | June 19, 2017 |
|---|---|---|---|
| Title | Celina A. Sauter v. Carolyn W. Colvin | | |

Present: The Honorable  Steve Kim, United States Magistrate Judge

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

After being granted multiple extensions of time, Plaintiff's deadline to provide her initial portion of the joint stipulation to Defendant was June 12, 2017. (ECF No. 27). As of the date of this Order, however, Plaintiff has not provided her part of the joint stipulation to Defendant, nor has she filed a request for an extension of time to do so. (ECF No. 28).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **July 3, 2017**, why this action should not be dismissed for failure to prosecute and obey court orders. Petitioner may discharge this Order to Show Cause by providing her portion of the joint stipulation to Defendant by no later than **July 3, 2017**. Any request for additional time shall not be granted absent a credible showing of good cause.

**Plaintiff is advised that the failure to file a timely response to this Order may result in involuntary dismissal of this action for failure to comply with a court order and failure to prosecute.** *See* Fed. R. Civ. P. 41(b); L.R. 41-1.